The People of the State of New York, Appellant, v. Louis Mendelowitz, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment is clearly against the weight of evidence. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. Stanislao Pettanza, alias Leonardo "Armaeto, Appellant.— Judgment of conviction and order of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. John W. Groves, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.